## ODEM v. FORT WORTH & D. C. RY. CO.
### (No. 1981.)

(Court of Civil Appeals of Texas. Amarillo. May 24, 1922.)

Appeal and error ⟨⟩389(3)—Affidavit taken before notary public of inability to give security does not prevent dismissal of appeal for want of bond.

An appeal must be dismissed for want of jurisdiction where no appeal bond was given and no proof of appellant's inability to give security was made as required by Rev. St. art. 2098, though appellant filed with the clerk of the court below an affidavit sworn to before a notary public of inability to give security.

Appeal from District Court, Wichita County; E. W. Napier, Judge.

Action between George Odem, by his next friend, and the Fort Worth & Denver City Railway Company. Judgment for the latter, and the former appeals. Appeal dismissed.

Ed Yarbrough, of Electra, for appellant.
Bullington, Boone, Humphrey & Hoffman, of Wichita Falls, for appellee.

BOYCE, J. No appeal bond was given in this case. The appellant filed with the clerk of the court below an affidavit sworn to before a notary public of her inability to pay the costs or give security therefor, but no proof of such fact was made as required by article 2098, Revised Statutes. We are without jurisdiction, and the appeal will be dismissed. Dixon v. Lynn (Tex. Civ. App.) 154 S. W. 656; Bargna v. Bargna (Tex. Civ. App.) 123 S. W. 1143; Horn v. M., K. & T. Ry. Co. (Tex. Civ. App.) 201 S. W. 1101; Ridling v. Fannin County (Tex. Civ. App.) 190 S. W. 251; Oliver v. Swift & Co. (Tex. Civ. App.) 220 S. W. 234.